IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **14-cr-348-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1.  JOSE JIMINEZ-GERARDO,**

   Defendant.

---

# MINUTE ORDER
# SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

  All pretrial motions in this matter are due on or before **October 9, 2014;** responses to these motions are due **October 24, 2014**. It is

  FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **November 7, 2014, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

  FURTHER ORDERED that a **2 ½ day jury trial** is set for **November 17, 2014 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 18, 2014